In the Supreme Court

RTBL^e on the third monday in September 1811.

*Peter Audrain*

 *vs*

*Solomon Sibley*
*Christian Hoffman*
ex^ors of the last will &
testament of Geo: Hoffman, dec^d

E. Brush att^y for ptff

Territory of Michigan, to wit—

The United States *of America to the Marshall of the territory of Michigan:* You are hereby commanded that you Summon Solomon Sibley and Christian Hoffman William C. Creighton & Jono . . . . executors of the last will & testament of George Hoffman, Esq^r deceased, to appear before our judges of our Supreme Court to be holden at Detroit, on the third monday in the present month of September; then & there to answer Peter Audrain

in a plea of trespass on the case, to the damage of the Said Peter, as is Said, three thousand dollars, which Shall then & there be made to appear, with other damages, and of this Summons make due return. WITNESS Augustus B. Woodward, one of the judges of our Said Supreme Court, the thirteenth day of September one thousand eight hundred eleven.

PETER AUDRAIN, clk. S. C. T. M.